FILED
2011 JUL -1 P 2: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE MATTER OF:

Joseph Giannini

CV 11 80 153 MISC

JW

**ORDER REJECTING SUBMISSION**

Presently before the Court is a Complaint received by the Northern District of California on June 18, 2011, submitted by Joseph Giannini ("Giannini"). Giannini submits the present putative class action on behalf of his clients, to challenge the constitutionality of the bar admission requirements for the practice of law in the state of California. (Complaint ¶ 1.) On March 3, 1999, Judge Illston ordered Giannini enjoined from:

> filing any further actions, either as an attorney or a party, in the United States District Court for the Northern District of California, regarding admission to and the regulation of the practice of law in the State of California without first obtaining leave of the Chief Judge of this court.

Paciulan v. M. George, 38 F. Supp. 2d 1128, 1146 (N.D. Cal. 1999). Further, Judge Illston required that any new filings must include a declaration stating: (1) that the matters asserted in the filing have not been previously raised by Giannini and dismissed; (2) that the filing does not pertain to matters that are frivolous or made in bad faith; and (3) that Giannini conducted a reasonable investigation of the facts and can attest to their accuracy. Id.

Upon review, the Court finds that, contrary to Giannini's declaration, Giannini's submission asserts an identical constitutional challenge to the California State Bar Exam grading and administration, as was asserted by Giannini, dismissed by Judge Weigel of the Central District of California and affirmed in dismissal by the Ninth Circuit in 1990. Giannini v. Real, 911 F.2d 354 (9th Cir. 1990). Further, Giannini's filing fails to put forth any intervening change in law on which to justify relitigation of the issue. Accordingly, the Court DECLINES to file Giannini's Complaint for failure to comply with the provisions of the pre-filing order. In light of this Order, the Clerk of Court shall refuse the June 18 submission and return any fees tendered in relation to this submission.

Dated: July 1, 2011

*James Ware*

JAMES WARE
United States District Chief Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

Joseph Robert Giannini
925 S. Westgate Ave. #102
Los Angeles, CA 90049

Dated: July 1, 2011

Richard W. Wieking, Clerk

By: /s/ JW Chambers
     Elizabeth Garcia
     Courtroom Deputy

United States District Court
For the Northern District of California